**FILED**

DEC 2 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00125 AWI |
| Plaintiff, | ) |
| | ) ORDER TO UNSEAL INDICTMENT |
| v. | ) |
| | ) |
| JOSEPH RANDALL MEDCALF, | ) |
| Defendant. | ) |

The indictment in this case having been sealed by order of this Court on March 24, 2011 and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: December 29, 2011      BY _____
                              BARBARA A. MCAULIFFE  SM SNYDER
                              United States Magistrate Judge

1