1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
   JOSEPH RANDALL MEDCALF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11-CR-00125 AWI |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE MOTIONS HEARING** |
| vs. | |
| JOSEPH RANDALL MEDCALF | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KIRK SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JOSEPH MEDCALF by and through his attorney of record, DAVID A. TORRES hereby requesting that the motion hearing currently set for February 11, 2013 be vacated.

   My client and I are conducting a thorough review of the accounting regarding the alleged listed in the Indictment.  The purposes of the accounting is to facilitate the negotiation of the plea agreement. Therefore, I am requesting that the motion hearing date be vacated.

//

**The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

Dated: 2/7/13  /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
JOSEPH RANDALL MEDCALF

Dated: 2/7/13  /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated: February 7, 2013

SENIOR DISTRICT JUDGE