**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH RANDALL MEDCALF,<br><br>　　　　　Defendant | Case No.1:11-CR-00125AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND CHRISTOPHER BAKER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSEPH RANDALL MEDCALF, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing Hearing that is currently set on May 13, 2013 at 10:00 a.m. be continued to Monday, May 20, 2013.

I am scheduled to be out of state from May 10, 2013 through May 16, 2013 to attend my daughters' graduation. I have spoken to AUSA Christopher Baker, he has no objection to this continuance.

//

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

DATED: April 25, 2013                     Respectfully Submitted,

                                          */s/ David A Torres*
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          Joseph Medcalf


DATED: April 25, 2013                     */s/Christopher Baker*
                                          CHRISTOPHER BAKER
                                          Assistant U.S. Attorney

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday, May 20, 2013.

IT IS SO ORDERED.

Dated: __April 25, 2013__          _____
                                         SENIOR DISTRICT JUDGE