BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

**FILED**

MAY 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00125-AWI-BAM |
| Plaintiff, | ORDER FOR FORFEITURE MONEY JUDGMENT |
| v. | |
| JOSEPH RANDALL MEDCALF, | |
| Defendant. | |

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant Joseph Randall Medcalf,

IT IS HEREBY ORDERED that

1. The defendant Joseph Randall Medcalf shall forfeit to the United States the sum of $3,344,086.00, and the Court imposes a personal forfeiture money judgment against defendant in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the implementation of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody

1  and control.

2     3.   This Order of Forfeiture shall become final as to the
3  defendant at the time of sentencing and shall be made part of the
4  sentence and included in the judgment.

5     4.   The United States may, at any time, move pursuant to Rule
6  32.2(e) to amend this Order of Forfeiture to substitute property
7  having a value not to exceed $3,344,086.00 to satisfy the
8  money judgment in whole or in part.

10 DATED: 5-28-13

ANTHONY W. ISHII
Chief United States District Judge